GENESEE VALLEY MILK PRODUCTS CO. v. J. H. JONES CORPO-
RATION.

(Supreme Court, Trial Term, Monroe County.   October 11, 1910.)

FOOD (§ 26*)—LEGALITY OF OBJECT—CONTRACTS PROHIBITED BY STATUTE.
The seller cannot recover the price of condensed milk, consisting of a
mixture of pure and skimmed milk, sold in violation of Agricultural Law
(Consol. Laws, c. 1) § 37, forbidding the sale of such milk; a contract
prohibited by statute being unenforceable.

[Ed. Note.—For other cases, see Food, Cent. Dig. § 19; Dec. Dig. § 26.*]

Action by the Genesee Valley Milk Products Company against the
J. H. Jones Corporation.   Judgment for defendant.

Geo. A. Carnahan and H. C. Nobles, for plaintiff.
Paul M. Pelletreau, for defendant.

SUTHERLAND, J.   The defendant ordered, and the plaintiff sold
and delivered to it within the state of New York, quantities of con-
densed milk made of a mixture of pure milk and milk that had been
skimmed; the proportion being either one to one or one to two.   But
the manufacture or sale of condensed milk made from milk from
which the cream has been wholly or in part removed is positively for-
bidden by section 37 of the agricultural law (Consol. Laws, c. 1), and
the plaintiff must fail in this action brought to recover the purchase
price.

The defendant was not deceived.   It obtained just what it ordered,
and has turned about and sold this very product to its own customers.
The statute is absolute in terms, however, and the court has no alter-
native but to refuse to enforce a contract which the law prohibits.
Page on Contracts, § 519.

Judgment is accordingly ordered for the defendant.